THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James M. Mosteller, Sr., Appellant.
 
 
 

Appeal From Anderson County
 J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-242
Submitted April 1, 2008  Filed April 18, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia;  and Solicitor Christina Theos Adams, of Anderson,
 for Respondent.
 
 
 

PER
 CURIAM:  James Mosteller, Sr., pled guilty to assault and battery of a high
 and aggravated nature (ABHAN) and was convicted of attempted armed robbery.  He
 was sentenced to ten years in prison for ABHAN and twelve years, to be served
 concurrently, for attempted armed robbery.  Mosteller appeals his conviction
 for attempted armed robbery.  Mostellers counsel maintains the trial court
 erred in failing to direct a verdict in Mostellers favor due to insufficient
 evidence.  After a thorough review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Mostellers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN,
 C.J., and PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.